# EXHIBIT

# 1

# CENTRAL MIDWEST REGIONAL COUNCIL OF CARPENTERS
## OF THE UNITED BROTHERHOOD
## OF CARPENTERS AND JOINERS OF AMERICA

### MEMORANDUM OF AGREEMENT

This Memorandum of Agreement ("MOA") is made and entered into in Kokomo (City), IN (State) by and between Bowman Mech LLC ("Employer") and the CENTRAL MIDWEST REGIONAL COUNCIL OF CARPENTERS OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA ("Union").

In consideration of the mutual promises of each other, the parties hereby AGREE as follows:

1. Based upon the Union's offer to tender signed Union representation cards from members of the bargaining unit and the Employer's review of same, if it so desired, the Employer recognizes the Union as the sole and exclusive collective bargaining representative for and on behalf of the employees of the Employer now or hereafter employed within the territorial and occupational jurisdictions of the Union.

2. The parties do hereby adopt all of the Union's now and then current collective bargaining agreements, and all approved amendments thereto and any future agreements and amendments thereto between the Union and any Association, group of independent contractors or an independent contractor, with which the Union has a collective bargaining agreement or any successor employer Association(s) and/or any successor group(s) of independent contractors or independent contractor, the terms and conditions of any and all Trust Fund Agreements recognized in said agreements, accepting and ratifying the appointment of the Employer Trustees and their successors and agree to be bound by all of the terms and conditions thereof for the duration of such collective bargaining agreements and any future agreements and for the period of any subsequent extensions including any amendments which may be subsequently made. Such collective bargaining agreements shall be interpreted consistent with the applicable State law.

3. This MOA applies to all bargaining unit work performed in the States of Indiana, Kentucky and Ohio and in Lake, Obion and Weakley Counties in Tennessee and in those parts of Montgomery and Stewart Counties in Tennessee which form Ft. Campbell and in any other territorial and/or occupational jurisdictions which the United Brotherhood of Carpenters and Joiners of America may assign to the Union.

4. Either Party desiring to amend or terminate this MOA and the collective bargaining agreements adopted in this MOA must notify the other in writing at least sixty (60) days and not more than ninety (90) days prior to the expiration of the commercial collective bargaining agreement for the territorial jurisdiction in which the contractor signed this MOA.

IN WITNESS WHEREOF, the parties have executed this MOA this 28th day of July, 20 24, with this MOA being effective 28th day of July, 20 24.

Bowman Mech LLC
**EMPLOYER**

99-4012238
EIN

By _[signature]_
Travis Bowman/Owner
(Print Name, Title)
3304 S Dixon Ln
(Address)
Kokomo, IN 46902
(City, State, Zip Code)
(765) 553-2207
(Telephone Number)

(FAX Number)
tbowman1007@gmail.com
(Email)

CENTRAL MIDWEST REGIONAL COUNCIL
OF CARPENTERS OF THE UNITED BROTHERHOOD OF
CARPENTERS AND
JOINERS OF AMERICA

By _[signature]_
Name: Shane Harris

01/24